UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELIUS CORNELLE CARSWELL,

      Petitioner,                              Case No. 10-12097
                                                    Honorable Patrick J. Duggan

v.

SHIRLEE HARRY,

      Respondent.
_____/

## JUDGMENT

On May 25, 2010, Cornelius Cornelle Carswell ("Petitioner"), a state prisoner currently incarcerated at the Pugsley Correctional Facility in Kingsley, Michigan, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. Petitioner challenges his 2005 convictions following a bench trial for kidnapping in violation of Michigan Compiled Laws § 750.349 and assault with intent to do great bodily harm less than murder in violation of Michigan Compiled Laws § 750.84. In an Opinion and Order issued on this date, the Court concluded that Petitioner's grounds in support of his request for habeas relief lack merit.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date: October 4, 2011                      s/PATRICK J. DUGGAN
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Cornelius Cornelle Carswell
#586447
Pugsley Correctional Facility
7401 E. Walton Road
Kingsley, MI  49649

AAG Laura Moody